```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 01518
   NELSON HERNANDEZ
   ILIANA E HERNANDEZ                           CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-1978    SSN XXX-XX-7306

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/20/2006 and was confirmed 04/13/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 07/12/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID          PAID
--------------------------------------------------------------------------------
UNIVERSAL MORTGAGE CORP    CURRENT MORTG         .00             .00             .00
UNIVERSAL MORTGAGE CORP    MORTGAGE ARRE     7431.05             .00         7431.05
WFS FINANCIAL              SECURED           3045.39           37.76         3045.39
ALEXIAN BROTHERS MEDICAL   UNSECURED        NOT FILED            .00             .00
ALLIED INTERCHANGE INC     UNSECURED        NOT FILED            .00             .00
BFI WASTE SERVICES         UNSECURED        NOT FILED            .00             .00
CAPITAL ONE                UNSECURED          221.16             .00          221.16
CARSON PIRIE SCOTT         UNSECURED        NOT FILED            .00             .00
CODILIS & ASSOCIATES       NOTICE ONLY           .00             .00             .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED            .00             .00
COMCAST                    UNSECURED        NOT FILED            .00             .00
FRIEDMAN & WEXLER          NOTICE ONLY           .00             .00             .00
MCI RESIDENTIAL SERVICES   UNSECURED        NOT FILED            .00             .00
NICOR GAS                  UNSECURED        NOT FILED            .00             .00
RADIOLOGY IMAGING CONSUL   UNSECURED        NOT FILED            .00             .00
THE MEDICAL CARE GROUP     UNSECURED        NOT FILED            .00             .00
T MOBILE                   UNSECURED        NOT FILED            .00             .00
VERIZON                    UNSECURED          662.71             .00          662.71
UNIVERSAL MORTGAGE CORP    NOTICE ONLY      NOT FILED            .00             .00
GREGORY J MARTUCCI         DEBTOR ATTY       1,200.00                        1,200.00
TOM VAUGHN                 TRUSTEE                                             694.22
DEBTOR REFUND              REFUND                                            1,001.97

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             14,294.26

PRIORITY                                       .00
SECURED                                  10,476.44
    INTEREST                                 37.76

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 01518 NELSON HERNANDEZ & ILIANA E HERNANDEZ
```

```
UNSECURED                                                         883.87
ADMINISTRATIVE                                                  1,200.00
TRUSTEE COMPENSATION                                              694.22
DEBTOR REFUND                                                   1,001.97
                                      ---------------    ---------------
TOTALS                                      14,294.26          14,294.26
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
    Dated: 12/03/07               _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE










                              PAGE   2
         CASE NO. 06 B 01518 NELSON HERNANDEZ & ILIANA E HERNANDEZ